## PETER WILLARD AND ADNA MERRITT
### *versus* WILLIAM BROWN

JOURNAL ENTRIES (1821–22): *Journal 3:* (1) Jury impaneled *p. 165; (2) jurors discharged until next day *p. 166; (3) jurors called *p. 169; (4) evidence heard, jury charged *p. 170; (5) disagreement reported, jury

sent back *p. 172; (6) disagreement reported, jury sent back *p. 174; (7) verdict, jury polled *p. 175; (8) motion for new trial *p. 175; (9) jury discharged until later date *p. 175; (10) motion for new trial overruled *p. 257; (11) motion for judgment *p. 258; (12) motion in arrest of judgment *p. 258; (13) reasons for judgment required, continued *p. 258; (14) judgment *p. 378.

PAPERS IN FILE: (1) Agreement re use of deposition; (2) transcript of county court record; (3–4) precipes for subpoenas; (5) subpoena; (6) precipe for subpoena; (7) subpoena; (8) verdict; (9) reasons for new trial; (10) reasons in arrest of judgment; (11) precipe for subpoena; (12) subpoena; (13) memo. re taxation of fees; (14) memo. of witnesses sworn and of costs; (15) precipe for fi. fa.; (16) statement of accounts.

*1821 Calendar*, MS p. 106. Recorded in *Book B*, MS pp. 197–202.